IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLORIA LONDON, | ) | 4:04CV3108 |
| f/k/a Gloria Hunt, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| SOUTHWEST AIRLINES CO., | ) | |
| a Texas corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Plaintiff's unopposed motion to dismiss with prejudice (filing 48), and pursuant to Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to pay their own costs..

DATED: April 26, 2005.            BY THE COURT:

                                  s/ Richard G. Kopf
                                  United States District Judge